STEVEN SURABIAN
1230 RT. 28
S. YARMOUTH, MA 02664

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Pro se Intake Unit Room 200
New York, NY 10007-1312

Date: February 18, 2014

Re: 13 Civ. 2649 (AKH) Richard Surabian, et al., v. Irving H. Picard

Dear Sir or Madam,

Could you please send me at the above address, the Docket Sheet and any Order or Judgment regarding the above referenced case because as of date non of the plaintiffs ever received any ruling by the Court regarding Trustee's Motion to Dismiss Appeal of Order <u>Expunging Appellant's Claims</u>.

Thank you,

Steven Surabian



Sunny Bihm
123 O Rt 28
S. Yarmouth
MA 02664

United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
Pro Se Intake Unit Room 200
New York, N.Y. 10007-1312